UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK STEELE,<br><br>          Plaintiff,<br><br>     -v-<br><br>TRI STATE AUTO TRANSPORT LLC,<br>and CONNOR JOHN KASSIK,<br><br>          Defendants. | 19 Civ. 11642 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  Due to a scheduling conflict, the initial pretrial conference set for February 14, 2020 at 10:30 a.m. will instead be held at 9:15 a.m.

  SO ORDERED.

                      *Paul A. Engelmayer*
                     Paul A. Engelmayer
                     United States District Judge

Dated: February 12, 2020
     New York, New York