UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK STEELE,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br>　　　　　　-v-<br>TRI STATE AUTO TRANSPORT LLC,<br>and CONNOR JOHN KASSIK,<br><br>　　　　　　　　　　　　　　　Defendants. | 19 Civ. 11642 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

　　The Court has reviewed defendant Connor John Kassik's letter setting forth the basis for diversity jurisdiction in this case. Dkt. 16. Pursuant to the Court's Individual Rules, the party asserting diversity jurisdiction must, "[i]n cases where any party is a . . . limited liability company . . . state the citizenship of **each of the entity's members, shareholders, partners, and / or trustees**." Individual Rule 4(D) (emphasis added). Kassik's letter states that defendant Tri State Auto Transport LLC is a California Limited Liability Company, without stating the citizenship of its members. *See* Dkt. 16.

　　Accordingly, the Court orders that Kassik file a supplemental letter complying with Rule 4(D) **by 11:59 p.m.**, such that the Court can assess its ability to exercise diversity jurisdiction prior to the initial pretrial conference tomorrow.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 13, 2020
　　　　New York, New York