
# HKP | HARFENIST KRAUT & PERLSTEIN LLP

> The joint motion to adjourn the settlement conference scheduled for June 16, 2020 <u>sine die</u> is GRANTED.
>
> The Clerk of Court is respectfully directed to terminate the conference and close the Letter-Motion at ECF No. 30.
>
> SO ORDERED          6/9/2020
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Hon. Sarah L. Cave
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

<u>By: ECF</u>

RE:  Steele v. Tri State Auto Transport, et al.
     Docket No. 19-CV-11642 (PAE)(SLC)

Dear Magistrate Judge Cave:

The firm of Harfenist Kraut & Perlstein represents Defendant Connor John Kassik. Co-Defendant Tri State is represented by McCabe, Collins, McGeough, Fowler, Levine & Nogan LLP. Plaintiff is represented by David Resnick & Associates. The instant letter is being jointly submitted by all parties.

The parties are pleased to report that this lawsuit was settled in principle yesterday afternoon and the parties are in the process of preparing the settlement paperwork. In light of the above, the parties would respectfully request that the Court adjourn *sine die* the settlement conference which is currently scheduled for June 16, 2020.

The parties thank the Court for its time and attention to this matter.

                            Sincerely,
                            HARFENIST KRAUT & PERLSTEIN, LLP
                            By: *Neil Torczyner*
                                  Neil Torczyner

**CC: Hon Paul A. Engelmayer via ECF & e-mail to chambers**

3000 Marcus Avenue, Suite 2E1
Lake Success, NY  11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY  10577
T – 914.701.0800 F – 914-708-0808.